# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARAMINGO GROUP LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:21-cv-06041-PA (PLAx)**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

1 | Based on the request from Plaintiff and for good cause shown:

3 | IT IS HEREBY ORDERED that the entire action be dismissed without

5 | prejudice.

7 | SO ORDERED.

9 | DATED: November 9, 2021    _____
                                          Percy Anderson
                                          United States District Judge